Gary A. Talesfore
California Bar No. 133116
Law Office of Gary A. Talesfore
2300 N Street, Suite 1
Sacramento, CA 95816
Email: talesfor@pacbell.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TIMOTHY CHACON,<br><br>        Defendant | Case No.: 3:13-MJ-00014-CMK<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE<br><br><br>Court: Hon. Kendall J. Newman |

The parties request that the Court order the following modification to Mr. Chacon's pre-trial release conditions:

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pre-trial services officer. You shall pay all or part of the costs of the counseling services based on your ability to pay, as determined by the pre-trial services officer. Pre-trial Services is aware of, and in agreement with, this request.

Dated: November 13, 2013

                                                     /s/
                                      GARY A. TALESFORE
                                      Attorney for Defendant

/s/
Justin Lee
Assistant United States Attorney

ORDER

IT IS SO ORDERED. The Court hereby orders Timothy Chacon to participate in counseling, as requested by pre-trial services.

Dated: November 25, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE